Keith D. Klein, S.B.N. 184846
Kristy A. Murphy, S.B.N. 252234
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
Email: keith.klein@bryancave.com
kristy.murphy@bryancave.com

Attorneys for Defendant
WYNDHAM WORLDWIDE CORPORATION
(erroneously named as WYNDHAM WORLDWIDE, INC.)

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA—SAN JOSE DIVISION

| | |
|---|---|
| MIKEL HARRIS, | Case No. 5:16-cv-04392-BLF |
| Plaintiff, | [Assigned to Hon. Beth Labson Freeman] |
| vs. | |
| JT HOSPITALITY, INC., dba DAYS INN & SUITES SANTA CRUZ; PRAVIN PATEL; NAINA PATEL; WYNDHAM WORLDWIDE, INC.; and DOES 1-10, INCLUSIVE, | **AMENDED ANSWER OF DEFENDANT WYNDHAM WORLDWIDE CORPORATION TO COMPLAINT** |
| Defendants. | Complaint Filed: August 4, 2016<br>Trial Date: Not yet assigned |