Keith D. Klein, S.B.N. 184846
Kazim Naqvi, S.B.N. 300438
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
Email: keith.klein@bryancave.com
kazim.naqvi@bryancave.com

Attorneys for Defendant
WYNDHAM WORLDWIDE, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKEL HARRIS,<br><br>Plaintiff,<br><br>vs.<br><br>JT HOSPITALITY, dba DAYS INN & SUITES SANTA CRUZ; PRAVIN PATEL; NAINA PATEL; WYNDHAM WORLDWIDE, INC.; and DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. 5:16-cv-04392-BLF<br><br>[Assigned to Magistrate Nathanael M. Cousins]<br><br>**DEFENDANT WYNDHAM WORLDWIDE, INC.'S STATEMENT RE SETTLEMENT**<br><br>Date: January 30, 2018<br>Time: 9:30 a.m. |

1061717.1

Defendant Wyndham Worldwide, Inc. ("WWI") hereby submits the following statement:

WWI and Plaintiff have reached a settlement in principle and counsel have revised and finalized the language of the written settlement documents. They are moving forward with taking the steps necessary to bring the proper subsidiary of WWI before the Court as a defendant. Additional agreements between counsel are being finalized to facilitate execution of the settlement documents in a timely manner. In short, WWI and Plaintiff are on the cusp of finalizing their settlement of this action and would not benefit from further negotiations.

In light of the foregoing, WWI requests that its appearance at the settlement conference be excused.

Respectfully submitted,

Dated: January 26, 2018 **BRYAN CAVE LLP**
KEITH D. KLEIN
KAZIM NAQVI

By: */s/ Keith D. Klein*
Keith D. Klein
Attorneys for Defendants
WYNDHAM WORLDWIDE, INC.