**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MIKEL HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>JT HOSPITALITY, INC., et al.,<br><br>    Defendants. | Case No. 16-cv-04392-BLF<br><br>**ORDER RE SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS JT HOSPITALITY, INC., PRAVIN PATEL, NAINA PATEL** |

Plaintiff Mikel Harris and Defendants JT Hospitality, Inc., Pravin Patel, Naina Patel ("Hotel Defendants") filed a stipulated settlement agreement and requested the Court to retain jurisdiction to enforce the settlement agreement. ECF 61. The Court granted the request. ECF 63. Accordingly, Plaintiff and Hotel Defendants shall file a stipulation dismissing Hotel Defendants **on or before March 5, 2018**.

**IT IS SO ORDERED.**

Dated: February 5, 2018

_____
BETH LABSON FREEMAN
United States District Judge