| | | EJ-001 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and address): | TEL NO.: | |

✓ Recording requested by and return to:

Derby, McGuinness & Goldsmith    510-987-8778
Steven L. Derby (SBN 148372)
300 Lakeside Drive, Suite 1000
Oakland, CA 94612

[✓] ATTORNEY FOR  [ ] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF USDC N. District Cal.
STREET ADDRESS: 280 South First Street
MAILING ADDRESS: 280 South First Street
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: San Jose Federal Courthouse

FOR RECORDER'S USE ONLY

PLAINTIFF: Mikel Harris

DEFENDANT: JT Hospitality, Inc.; Pravin Patel; Naina Patel

**ABSTRACT OF JUDGMENT**   [ ] Amended

CASE NUMBER: 5:16-cv-04392 BLF

FOR COURT USE ONLY

1. The [✓] judgment creditor [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
   
   Name and last known address
   
   ```
   Pravin Patel
   59 Hollins Drive
   Santa Cruz, CA 95060
   ```

   b. Driver's license No. and state: [✓] Unknown
   c. Social security No.: [✓] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or
      mailed to (name and address): Pravin Patel
      330 Ocean Street Santa Cruz, CA 95060
   e. [ ] Original abstract recorded in this county:
      (1) Date:
      (2) Instrument No.:

   f. [✓] Information on additional judgment debtors is shown on page two.

Date: 6/19/2018

Steven L. Derby
(TYPE OR PRINT NAME)

(SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. [✓] I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. [ ] A certified copy of the judgment is attached.

3. Judgment creditor (name and address):
   Mikel Harris c/o Derby, McGuinness & Goldsmith,
   LLP, 300 Lakeside Dr., Ste 1000; Oakland, CA 94612

4. Judgment debtor (full name as it appears in judgment):
   Pravin Patel, Naina Patel, JT Hospitality Inc.

6. Total amount of judgment as entered or last renewed:
   $ 85,000

7. [ ] An [ ] execution lien [ ] attachment lien
   is endorsed on the judgment as follows:
   a. Amount: $
   b. In favor of (name and address):

[SEAL]

5. a. Judgment entered on (date): 5/15/18
   b. Renewal entered on (date):
   This abstract issued on (date):

8. A stay of enforcement has
   a. [✓] not been ordered by the court.
   b. [ ] been ordered by the court effective until (date):
9. [ ] This judgment is an installment judgment.

Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2003]

**ABSTRACT OF JUDGMENT
(CIVIL)**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

American LegalNet, Inc.
www.USCourtForms.com

| PLAINTIFF: Mikel Harris | CASE NUMBER: |
|---|---|
| DEFENDANT: JT Hospitality, Inc.; Pravin Patel; Naina Patel | 5:16-cv-04392 BLF |

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS

**10.** Name and last known address

Naina Patel
330 Ocean Street
Santa Cruz, CA 95060

Driver's license No. & state: ✓ Unknown
Social security No.: ✓ Unknown
Summons was personally served at or mailed to (address):

**14.** Name and last known address

JT Hospitality, Inc.
330 Ocean Street
Santa Cruz, CA 95060

Driver's license No. & state: ✓ Unknown
Social security No.: ✓ Unknown
Summons was personally served at or mailed to (address):

**11.** Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

**15.** Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

**12.** Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

**16.** Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

**13.** Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

**17.** Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

**18.** ☐ Continued on Attachment 18.

EJ-001 [Rev. January 1, 2003]     **ABSTRACT OF JUDGMENT**     Page 2 of 2
(CIVIL)